118 A.3d 383

**Michael Levant JOHNSON, Appellant**

v.

**Cheryl KINNEY and Chester County Clerk of Courts, Appellees.**

Supreme Court of Pennsylvania.

June 15, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of June, 2015, the Order of the Commonwealth Court is **AFFIRMED.**